SEPTEMBER 15, 1952

**No. 56869.**—Geigy Co., Inc. *v.* United States, protest 159945–K.—

Plaintiff's application for rehearing granted.

SEPTEMBER 16, 1952

**No. 56870.**—SUIT 4688.—Donald G. Parrot *v.* United States.—
—C. D. 1308 affirmed May 28, 1952. C. A. D. 490.